IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BARNETT,

      Petitioner,                  No. CIV S-07-0450 WBS EFB P

    vs.

JOHN MARSHALL, Warden, et al.,

      Respondents.             <u>ORDER</u>

                              /

       Petitioner is a state prisoner without counsel challenging the judgment of a state court. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner commenced this action in the wrong district.

       Petitioner was convicted in the Riverside County Superior Court, but is confined in San Luis Obispo, both of which are located in the United States District Court for the Central District of California. The United States District Court in the district where petitioner was convicted and where he is confined has jurisdiction over this action. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973). Witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d). Petitioner should have filed his petition in the district in which he was convicted.

Therefore, the court takes no action on petitioner's application to proceed *in forma pauperis,* and transfers this action to the United States District Court for the Central District of California, Eastern Division.  28 U.S.C. §§ 84(c)(1); 1404(a).

Accordingly, it is ORDERED that this action is transferred to the United States District Court for the Central District of California, Eastern Division.

Dated:  March 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2